ANTON FOLLERT, as Administrator of the Estate of ANTON
FOLLERT, Deceased, Respondent, *v.* JOHN ERICKSON,
Defendant, and THE CITY OF NEW YORK, Appellant.

*Follert* v. *Erickson*, 156 App. Div. 372, affirmed.
(Argued October 19, 1914; decided November 10, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 30, 1913, reversing a judgment in favor of
defendant, appellant, entered upon a dismissal of the com-
plaint by the court at a Trial Term and granting a new
trial in an action to recover for the death of plaintiff's
intestate alleged to have been occasioned through the neg-
ligence of defendants.

*Frank L. Polk,* Corporation Counsel (*Edward A.* Freshman and *James D. Bell* of counsel), for appellant.

*S. Charles Sugarman* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.